UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**7-ELEVEN, INC.,**

    **Plaintiff,**

v.                                       Case No.  8:05-cv-1987-T-30EAJ

**TOTAL CONTAINMENT, INC., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

    Before the Court is the Stipulation of Dismissal of All Remaining Defendants (Dkt. #79) .

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice, with each party bearing its own costs.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 1, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-1987.dismissal 79.wpd